UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELIU REYES,

    Petitioner,

v.   Case No. 5:10-cv-295-Oc-30TBS

WARDEN, FCC COLEMAN-USP I,

    Respondent.

## ORDER DISMISSING PETITION

Petitioner initiated this case by filing an Application for Habeas Corpus Pursuant to 28 U.S.C. § 2241 in which he seeks an order directing the Bureau of Prisons ("BOP") to transfer him to a Residential Re-entry Center ("RRC") for the last twelve months of his term of imprisonment. Respondent has filed a response maintaining the Petition is due to be denied because Petitioner has been provided proper consideration for RRC placement and the BOP's decision to place Petitioner in a RRC for 90 days is appropriate. Petitioner has not filed a reply memorandum, despite given the opportunity to do so.

The Court takes judicial notice of Bureau of Prisons' records that Petitioner has been released from custody. Because Petitioner's only prayer for relief was to advance his release date, the Court is no longer able to offer Petitioner any meaningful relief.[1] Therefore, this

---

[1] See Article III of the United States Constitution (limiting the jurisdiction of the federal courts to cases or controversies); Al Najjar v. Ashcroft, 273 F.3d 1330 (11th Cir. 2001) (applying the doctrine of mootness where there is no viable legal issue left to resolve).

case **DISMISSED as moot**. The Clerk is directed to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 30, 2011.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record